No. 438, Misc.   DICKINSON *v.* BRIDGES, SHERIFF. C. A. 5th Cir.   Certiorari denied.   *James L. Highsaw, Jr.,* for respondent.

No. 446, Misc.   BARNETT ET AL. *v.* PONTESSO, CORRECTIONS DIRECTOR, ET AL.   C. A. 10th Cir.   Certiorari denied.   *H. L. McConnell,* Assistant Attorney General of Oklahoma, for respondents.

No. 449, Misc.   KENYATTA *v.* VIRGINIA.   Sup. Ct. App. Va.   Certiorari denied.   *Lawrence E. Freedman* for petitioner.

No. 475, Misc.   ALONZO *v.* BOARD OF COMMISSIONERS OF THE ALABAMA STATE BAR.   Sup. Ct. Ala.   Certiorari denied.   *M. Roland Nachman, Jr.,* for respondent.

No. 505, Misc.   CARLTON ET UX. *v.* GERSTEIN.   C. A. 5th Cir.   Certiorari denied.

No. 557, Misc.   PENCE *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *Thomas A. Conroy* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 587, Misc.   GANTT *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 648, Misc.   CARNEGIE *v.* CONNECTICUT.   Sup. Ct. Conn.   Certiorari denied.   *David M. Reilly* for petitioner.   *David B. Salzman* for respondent.